**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SERPIL TEKDEMIR, NEBILE TEKDEMIR, ABDURRAHIM TEKDEMIR, and MUSTAFA TEKDEMIR, | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-301-RWS |
| JOSEPH E. EDLOW, DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES and CONNIE NOLAN, ASSOCIATE DIRECTOR, USCIS SERVICE CENTER OPERATIONS DIRECTORATE, | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiffs' notice of voluntary dismissal without prejudice. Docket No. 11. Plaintiffs represent that they "hereby enter this Voluntary Dismissal of this action Without Prejudice as to all parties and all claims" under Federal Rule of Civil Procedure 41(a)(1)(i). *Id.* at 1. They assert that "[a]ll parties shall bear their own costs, attorney's fees, and expenses." *Id.* After review, the Court **ACCEPTS** Plaintiff's notice of voluntary dismissal (Docket No. 11). Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own costs, attorney's fees, and expenses.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 17th day of July, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE